# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00119-CR

**Joe Ybarra, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 00-372-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Joe Ybarra seeks to appeal from a judgment of conviction for felony driving while intoxicated. The district court has certified, and the record confirms, that this is a plea bargain case and Ybarra has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The State=s motion to dismiss is granted and the appeal is dismissed. *See id*. rule 25.2(d).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed: April 3, 2003

Do Not Publish